# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUSTEVEION JOHNSON | Case No. 2:18-cv-01078-JCM-GWF |
| Plaintiff, | ORDER |
| v. | |
| HIGH DESERT STATE PRISON, *et al.*, | |
| Defendants. | |

Presently before the court is defendants' motion to extend the deadline to submit a reply in support of their motion for an order to show cause. (ECF No. 54). Specifically, defendants request a clarification of the deadline.

On July 17, 2020, defendants filed a motion for an order to show cause. (ECF No. 49). On August 6, 2020, pro se plaintiff Lausteveion Johnson filed a motion for limited discovery, requesting documents related to defendants' motion. (ECF No. 52). The court listed Johnson's motion as a response to the defendants' motion for an order to show cause. The court set a reply deadline of August 13, 2020. On August 12, 2020, Johnson filed his actual response to the defendants' motion. (ECF No. 53). The court set a reply deadline of August 19, 2020.

Defendants now request that they be given until August 19, 2020, to file a reply and address the issues raised in both of Johnson's filings. District courts are vested with inherent powers "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991). Thus, the court grants the defendants' request.

. . .

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion to extend the deadline to submit a reply in support of their motion for an order to show cause (ECF No. 54) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that defendants have until August 19, 2020, to file their reply.

DATED August 14, 2020.

                                                */s/ James C. Mahan*
                                                UNITED STATES DISTRICT JUDGE

2