UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 2:18-cv-01078-JCM-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| HIGH DESERT STATE PRISON, *et al.*, | |
| Defendants. | |

Presently before the Court are Plaintiff's Motion for Extension of Time to Comply with Court Order (ECF No. 60) and Motion to Compel Defendants to Release Filing Fee. ECF No. 61.

On August 24, 2020, the Court ordered that Plaintiff, no later than September 3, 2020, to pay the $150 outstanding balance of his filing fee or show cause why the remainder of the payment should be excused. ECF No. 59. On September 21, 2020, the Clerk of Court confirmed receipt of Plaintiff's $150 payment. ECF No. 62.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Comply with Court Order (ECF No. 60) is DENIED as moot.

IT IS FURTHER ORDERED that Plaintiff's Motion to Compel Defendants to Release Filing Fee (ECF No. 61) is DENIED as moot.

DATED THIS 22nd day of September, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1