UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIGH DESERT STATE PRISON, *et al.*,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01078-JCM-EJY<br><br>**ORDER** |

Before the Court is Defendants' Motion to Extend Remaining Case Management Deadlines. ECF No. 64. As explained in Defendants' Motion, counsel for Defendants represents numerous defendants in five other lawsuits brought by Plaintiff. Two of those lawsuits have significant dates set to occur within the next month. Further, since the dispositive deadline of October 22, 2020 was set by the Court, counsel for Defendants had a trial scheduled in one matter and a settlement conference in a second matter, both involving Plaintiff. The dispositive deadline in this matter now also falls during the week of a trial set in a separate matter in which defense counsel is involved. Based on the totality of this information, the Court finds good cause to extend the dispositive motion deadline and the concomitant joint pretrial order deadline.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion to Extend Remaining Case Management Deadlines (ECF NO. 64) is GRANTED *nunc pro tunc*.

IT IS FURTHER ORDERED that the deadline for filing dispositive motions shall be December 21, 2021.

1

IT IS FURTHER ordered that the deadline for filing the joint pretrial order shall be January 19, 2021; provided, however, that if one or more dispositive motion is pending on that date, the deadline for filing the joint pretrial order shall be advanced to 60 days after the date an order or orders are issued deciding the pending dispositive motion(s).

DATED this 23rd day of October, 2020.

_____
ELAYNA J. YOUCHAH
United States Magistrate Judge

2