AARON D. FORD
  Attorney General
KATLYN M. BRADY (Bar No. 14173)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email: katlynbrady@ag.nv.gov

*Attorneys for Defendants*
*James Dzurenda, Julio Calderin,*
*Jennifer Nash, Brian Williams,*
*Jeremy Bean, Taylor Paryga,*
*Anthony Ritz, Pamela Del Porto,*
*Harold Wickham, Sheryl Foster,*
*Renee Baker, and Benjamin Estill*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>HIGH DESERT STATE PRISON, *et al.*,<br><br>Defendants. | Case No. 2:18-cv-01078-JCM-EJY<br><br>**DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE [FIFTH REQUEST]**[1] |

Defendants James Dzurenda, Julio Calderin, Jennifer Nash, Brian Williams, Jeremy Bean, Taylor Paryga, Anthony Ritz, Pamela Del Porto, Harold Wickham, Sheryl Foster, Renee Baker, and Benjamin Estill, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Katlyn M. Brady, Senior Deputy Attorney General, of the State of

///

---

[1] Although this is Defendants' fifth request, this is the second request filed by Defendants' new counsel. Both of the extension requests filed by counsel were agreed to by Plaintiff due to the COVID restrictions at Southern Desert Correctional Center.

Page **1** of **6**

Nevada, Office of the Attorney General, request this Court grant Defendants' unopposed motion to extend the dispositive motion deadline.

## I.  INTRODUCTION

Defendants respectfully request this Court extend the dispositive motion deadline from February 4, 2021, to March 4, 2021. Good cause supports this request because new counsel has been unable to complete the dispositive motion due to her heavy caseload. Further, counsel spent a significant amount of time out of the office quarantining due to a potential COVID exposure. Additionally, Plaintiff has been unable to complete a dispositive motion due to the COVID restrictions at Southern Desert Correctional Center (SDCC).

## II.  BACKGROUND

This is a prisoner civil rights matter. Plaintiff Lausteveion Johnson (Johnson) is an inmate in the Nevada Department of Corrections (NDOC). Currently, Johnson is housed at SDCC, which has imposed restrictions on inmate movements to prevent against the spread of COVID-19.

On February 2, 2021, the parties engaged in a meet and confer to discuss multiple matters across three cases. Declaration of counsel attached as Exhibit A. Counsel explained to Johnson that she had been unable to complete the dispositive motion deadline because she had been required to complete three summary judgments over the last two weeks and had a fourth motion for summary judgment due February 8th.[2] Accordingly, the dispositive motion in this matter would have been counsel's fifth dispositive motion in less than 4 weeks. *Id.* Further, counsel has been involved in responding to two emergency motions regarding High Desert State Prison (HDSP)'s lockdown procedures.[3]

During the phone call, Johnson noted that he was recovering from an illness and that due to the SDCC's lockdown restrictions, he had been unable to complete a dispositive motion in this matter. *Id.* Further, the parties discussed that Johnson has an opposition to a motion for summary judgment due in another matter. *Id.* Accordingly, the parties agreed

---

[2] The cases are: 2:17-cv-00641-JCM-BNW, 2:17-cv-00431-JCM-VCF, 2:17-cv-02500-JCM-NJK, and 2:19-cv-00326-JAD-BNW.
[3] 2:20-cv-01768-RFB-EJY and 2:20-cv-00518-RFB-VCF.

to extend the dispositive motion deadline 30 days to allow both sides to complete a dispositive motion. Johnson agreed that Defendants would file the unopposed motion in this matter.

### III. INFORMATION REQUIRED BY LOCAL RULE 26-4

Defendants provide the following information in accordance with Local Rule 26-4.

#### A. Discovery Completed

The parties have completed the following discovery to date.

On October 15, 2019, Defendant Estill served Answers to Plaintiff's Interrogatories.

On October 15, 2019, Defendant Baker served Answers to Plaintiff's Interrogatories.

On October 16, 2019, Defendant Williams served Answers to Plaintiff's Interrogatories.

On October 18, 2019, Defendant Nash served Answers to Plaintiff's Interrogatories.

On October 21, 2019, Defendant Calderin served Answers to Plaintiff's Interrogatories.

On October 21, 2019, Defendant Del Porto served Answers to Plaintiff's Interrogatories.

On October 22, 2019, Defendant Estill served Responses to Plaintiff's first set of Requests for Production of Documents.

On November 5, 2019, Defendant Nash served Responses to Plaintiff's first set of Requests for Admissions.

On November 6, 2019, Defendant Williams served Responses to Plaintiff's first set of Requests for Admissions.

On November 7, 2019, Defendant Calderin served Responses to Plaintiff's first set of Requests for Admissions.

On November 7, 2019, Defendant Del Porto served Responses to Plaintiff's first set of Requests for Admissions.

///

///

On November 8, 2019, Defendant Del Porto served Responses to Plaintiff's first set of Requests for Production of Documents.

### B.  Discovery That Remains To Be Completed

No additional discovery is needed in this matter. The remaining case management deadlines are:

Dispositive motion deadline:                                                  February 4, 2020

Joint pretrial order (if no dispositive motions filed):      March 4, 2021

### C.  Reasons Why The Deadlines Were Not Satisfied

The dispositive motion deadline was not completed for several reasons. For Defendants, counsel was unable to complete the dispositive motion deadline as she has been required to complete four motions for summary judgment over the last three weeks and is additionally working on two emergency motions for preliminary injunctions.

For Plaintiff, the deadline cannot be satisfied due to SDCC's lockdown restrictions during the COVID-19 pandemic and his recent illness.

### D.  Proposed Deadlines

Dispositive motion deadline                                               March 4, 2021

Joint pretrial order (if no dispositive motions filed):      April 4, 2021

### E.  Good Cause Supports The Request

Good cause supports granting this unopposed request to extend the dispositive motion deadline. As counsel has been required to complete numerous substantive motions over a short time, counsel has been unable to complete the dispositive motion in this matter. Similarly, Plaintiff has been unable to complete a dispositive motion due to SDCC's COVID restrictions.

There will be no prejudice caused by granting this extension. Both parties have agreed that an extension is necessary to ensure the claims can be adequately briefed for this Court. Further, Plaintiff has indicated that he has yet to receive requested research or items from the SDCC Law Library. As a result, Plaintiff has been unable to complete the

///

dispositive motion. Finally, there is no trial date in this matter and thus, there is no prejudice in granting this extension request.

### IV. CONCLUSION

Defendants respectfully request an extension to complete the dispositive motion deadline from February 4, 2021, to March 4, 2021. The parties have agreed an extension in this matter is necessary due to counsel's heavy caseload and SDCC's COVID restrictions.

DATED this 4th day of February, 2021.

AARON D. FORD
Attorney General

By: /s/ Katlyn M. Brady
KATLYN M. BRADY (Bar No. 14173)
Senior Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: February 4, 2021

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on February 4, 2021, I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE [FIFTH REQUEST]** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by emailing a copy at Las Vegas, Nevada, addressed to the following:

> Lausteveion Johnson, #82138
> Southern Desert Correctional Center
> P.O. Box 208
> Indian Springs, Nevada 89070
> Email: sdcclawlibrary@ag.nv.gov
> *Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General